# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGOBERTO AGUILAR-TURCIOS,<br><br>       Petitioner,<br><br>vs.<br><br>ALBERTO GONZALES, et al.,<br><br>       Respondents. | Civil No. 07-1021BEN (WMc)<br><br>**ORDER [D.E. # 9]** |

  Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. On June 4, 2007, Petitioner filed a request to proceed in forma pauperis, which the Court denied on June 7, 2007. On June 26, 2007, Petitioner paid the $5.00 filing fee.

1    On June 28, 2007, the Petitioner renewed his request to proceed in forma pauperis. Since the Petitioner has already paid the filing fee, Petitioner's Renewed Motion for Leave to Proceed in forma pauperis is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: August 31, 2007

Hon. Roger T. Benitez
United States District Judge